UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL MCMAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07-CV-1154 CAS |
| | ) | |
| FRANKLIN COUNTY SHERIFF'S | ) | |
| DEPARTMENT, FRANKLIN COUNTY | ) | |
| JAIL, UNKNOWN FLOYD, UNKNOWN | ) | |
| BOEHM, GARY TOELKE, and | ) | |
| CLERK OF CIVIL COURT DIVISION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 15th day of August, 2007.